# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 13th day of May, two thousand and fifteen.

Before:      Ralph K. Winter,
                  *Circuit Judge.*

_____

John Micillo,
    Plaintiff-Appellant,

    v.

New York City Department of Education,
    Defendant-Appellee.

_____

**ORDER**

Docket No. 15-927

Appellant moves for an extension of time, through July 6, 2015, to file a principal brief.

IT IS HEREBY ORDERED that the motion is GRANTED. However, this extension is based on the representation that Appellant is retaining new counsel. New counsel should understand that no further extensions will be granted. Therefore, the appeal is dismissed effective July 6, 2015 unless a brief is filed by that date. A motion for reconsideration or other relief will not stay the effectiveness of this order. See RLI Ins. Co. v. JDJ Marine, Inc., 716 F.3d 41, 43-45 (2d Cir. 2013). Appellee's brief will be due in accordance with this extension.

For the Court:
Catherine O'Hagan Wolfe,
Clerk of Court